```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
OPT OUT OF IEAM, LLC as Assignee, and     :
on behalf of the following individual     :
Shareholders who opted out of the prior   :   11 Civ. 8470 (DLC)
Class Action Proceeding against           :        (MHD)
defendant, Industrial Enterprise of       :
America, Inc. (IEAM); et al.,             :
                                          :
                Plaintiffs,               :
        -v-                               :
                                          :
INDUSTRIAL ENTERPRISES OF AMERICA,        :
INC., and LAURENCE M. ROSEN, ESQ.,        :
                                          :
                Defendants.               :
                                          :                12/4/2013
------------------------------------------X
                                          :
ERNEST C. SEGUNDO, JR., and ERNEST C.     :
SEGUNDO, SR.,                             :
                                          :
                Plaintiffs,               :
        -v-                               :   11 Civ. 8836 (DLC)
                                          :        (MHD)
INDUSTRIAL ENTERPRISES OF AMERICA,        :
INC., and LAURENCE M. ROSEN, ESQ., as     :
Nominal Defendant Stakeholder,            :   ORDER OF REFERENCE
                                          :   TO A MAGISTRATE
                Defendants.               :       JUDGE
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose:

___   General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___   Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

_X_   Specific Non-Dispositive Motion/Dispute

___   Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion,

|  | |  | |
|---|---|---|---|
| ___ | Attorneys' fees | | preliminary injunction)<br>Purpose: |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: | ___ | Habeas Corpus |
| _X_ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br>Particular Motion: |

SO ORDERED:

Dated:    New York, New York
         December 4, 2013

                                    _____
                                         DENISE COTE
                                  United States District Judge

2